# EXHIBIT B



# NFIRS-1 Basic

**A**

| 08041 | NC | 03 | 07 | 2022 | Bostian Heights Station 41 (41) | 22004078 | 0 |
|---|---|---|---|---|---|---|---|
| FDID | State | Month | Day | Year | Station | Number | Exposure |

**B Location Type**

Census tract:

Street Address
Intersection
In Front Of
Rear Of
Adjacent To
Directions
US National Grid

| 620 | | CORRIHER GRAVEL | RD-Road | |
|---|---|---|---|---|
| Number | Prefix | Street or Highway | Street Type | Suffix |

| | CHINA GROVE | NC | 28023 |
|---|---|---|---|
| Apt./Suite/Room | City | State | Zip Code |

Cross Street

## C
**Incident Type**

111-Building fire

## D
**Aid Given Or Received**

1 Mutual Aid Received
2 Auto. Aid Received
3 Mutual Aid Given
4 Auto. Aid Given
5 Other Aid Given
**None**

Faith Fire Department (08054), Salisbury Fire Department (08050), Kannapolis Fire Department (01309), Atwell Township Fire Department, Incorporated (08040), China Grove Fire Department (08043), Landis Volunteer Fire Department (08058), Rowan County Fire Marshal (08000), Locke Township Fire Department, Incorporated (08061), South Salisbury Township Fire Department, Incorporated (08074), Rowan County Rescue Squad, Inc. (08051)

Their FDID | Their State

Their Incident Number

## E1 Dates and Times

| | | | | |
|---|---|---|---|---|
| Alarm | 03 | 07 | 2022 | 14:56 |
| Arrival | 03 | 07 | 2022 | 15:01 |
| Controlled | 03 | 07 | 2022 | 15:14 |
| Last Unit Cleared | 03 | 07 | 2022 | 16:18 |

## E2 Shifts and Alarms

| B | 2 | 1 |
|---|---|---|
| Shift or Platoon | Alarms | District |

## E3 Special Studies

| 9244 | 3 - No, COVID 19 was not a factor |
|---|---|
| ID# | Value |

## F Actions Taken

11-Extinguishment by fire service personnel

Primary Action Taken

## G1 Resources
*Apparatus or Personnel Module is used.*

| | Apparatus | Personnel |
|---|---|---|
| Suppression | 2 | 3 |
| EMS | 0 | 0 |
| Other | 2 | 1 |

Resource counts include aid received resources.

## G2 Estimated Dollar Losses and Values

**Losses:** Required for all fires if known. Optional for all non-fires.  None

Property: $ 25,000.00
Contents: $ 5,000.00

**Pre-Incident Values:** Optional  None

Property: $ 140,000.00
Contents: $

## Completed Modules
2 - Fire
3 - Structure Fire
4 - Civilian Fire Cas.
5 - Fire Service Cas.
6 - EMS
7 - HazMat
8 - Wildland Fire
9 - Apparatus
10 - Personnel
11 - Arson

## H1 Casualties   None

| | Deaths | Injuries |
|---|---|---|
| Fire Service | 0 | 0 |
| Civilian | 0 | 0 |

## H2 Detector
Required for Confined Fires
1 - Detector Alerted Occupants
2 - Detector Did Not Alert Them
3 - Unknown

## H3 Hazardous Materials Release
1 - Natural Gas
2 - Propane Gas
3 - Gasoline
4 - Kerosene
5 - Diesel Fuel / Fuel Oil
6 - Household Solvents
7 - Motor Oil
8 - Paint
0 - Other
**None**

## I Mixed Use Property
Not Mixed
10 - Assembly Use
20 - Education Use
33 - Medical Use
40 - Residential Use
51 - Row Of Stores
53 - Enclosed Mall
58 - Business and Residential
59 - Office Use
60 - Industrial Use
63 - Military Use
65 - Farm Use
00 - Other Mixed Use

| Code | Property Use — Structures | Code | | Code | |
|---|---|---|---|---|---|
| J | Property Use None | 341 | Clinic, Clinic-Type Infirmary | 539 | Household Goods, Sales, Repairs |
| | Structures | 342 | Doctor/Dentist Office | 571 | Gas or Service Station |
| 131 | Church, Place of Worship | 361 | Prison or Jail, Not Juvenile | 579 | Motor Vehicle/Boat Sales/Repairs |
| 161 | Restaurant or Cafeteria | 419 | 1- or 2-Family Dwelling | 599 | Business Office |
| 162 | Bar/Tavern or Nightclub | 429 | MultiFamily Dwelling | 615 | Electric-Generating Plant |
| 213 | Elementary School, Kindegarten | 439 | Rooming/Boarding House | 629 | Laboratory/Science Laboratory |
| 215 | High School, Junior High | 449 | Commerical Hotel or Motel | 700 | Manufacturing Plant |
| 241 | College, Adult Education | 459 | Residential, Board and Care | 819 | Livestock/Poultry Storage (Barn) |
| 311 | Nursing Home | 464 | Dormitory/Barracks | 882 | Non-Residential Parking Garage |
| 331 | Hospital | 519 | Food and Beverage Sales | 891 | Warehouse |

| | Outside | | | | |
|---|---|---|---|---|---|
| | Outside | 938 | Graded/Cared for Plot of Land | | Property Use: |
| 124 | Playground or Park | 946 | Lake, River, Stream | | |
| 655 | Crops or Orchard | 951 | Railroad Right-of-Way | | |
| 669 | Forest (Timberland) | 960 | Other Street | | Description |
| 807 | Outdoor Storage Area | 961 | Highway/Divided Highway | | Look up and enter a Property Use code and |
| 919 | Dump or Sanitary Landfill | 962 | Residential Street/Driveway | | description only if you have NOT checked a |
| 931 | Open Land or Field | 981 | Construction Site | | Property Use box. |
| 936 | Vacant Lot | 984 | Industrial Plant Yard | | |

**K1**

**Person/Entity Involved**

| Local Option | Occupant | | 9809465328 |
|---|---|---|---|
| Local Option | Person/Entity Type | Business Name (if applicable) | Phone Number |

| | Rashondra | S | Smith | |
|---|---|---|---|---|
| Mr., Ms., Mrs. | First Name | MI | Last Name | Suffix |

| 620 | | CORRIHER GRAVEL | RD-Road | |
|---|---|---|---|---|
| Number | Prefix | Street or Highway | Street Type | Suffix |

| | | CHINA GROVE |
|---|---|---|
| Post Office Box | Apt./Suite/Room | City |

| NC | 28023 |
|---|---|
| State | Zip Code |

**K2**

**Owner**

| Local Option | Owner | Alpha Group Investments LLC | 9196256458 |
|---|---|---|---|
| Local Option | Person/Entity Type | Business Name (if applicable) | Phone Number |

| | Cynthia | | Neely | |
|---|---|---|---|---|
| Mr., Ms., Mrs. | First Name | MI | Last Name | Suffix |

| 126 | | Strolling | WAY-Way | |
|---|---|---|---|---|
| Number | Prefix | Street or Highway | Street Type | Suffix |

| | | City of Durham |
|---|---|---|
| Post Office Box | Apt./Suite/Room | City |

| NC | 27707 |
|---|---|
| State | Zip Code |

## L Remarks:

Reported Structure Fire, Prior to being on the scene 4105 called Rowan by Cell and advised working fire. C410 upgraded to a working fire; 4105 called 410 cell and advised to attack on the C Division. C410 and E432 on scene first with a 2 story residential with fire on the C Division in the kitchen area. E432 Crew advanced a 1-3/4" hose and made an attack from the C Division door and extinguished the fire quickly. Crews checked for extension, found only heavy smoke on the second floor. Cancelled the working fire upgrade stations. utilized 3 PPV to clear both floors.

Red Cross notified for 1 adult and 1 child

Occupant stated that she was frying fish in a pan on the stove and the grease caught on fire.

4 Most Insurance
Liberty Mutual Insurance

cyndie1908@yahoo.com

## M Authorization

| 4147 | Zimmerman, Michael | Fire Chief | | 03/07/2022 |
| Officer In Charge ID | Signature | Position or Rank | Assignment | Date |
| 4147 | Zimmerman, Michael | Fire Chief | | 03/07/2022 |
| Member Making Report ID | Signature | Position or Rank | Assignment | Date |

# NFIRS-2 Fire

**A**

| 08041 | NC | 03 | 07 | 2022 | Bostian Heights Station 41 (41) | 22004078 | 0 |
|---|---|---|---|---|---|---|---|
| FDID | State | Month | Day | Year | Station | Number | Exposure |

**B**
**Property Details**

B1 | 2 |   ☐ Not Residential

Estimated number of residential living units in the building of origin whether or not all units became involved

B2 | 1 | Buildings Not Involved

Number of buildings involved

B3 |  | ☐ None  ☐ Less than 1 acre

Acres burned (outside fires)

**C**

**On-Site Materials Or Products**

**On-Site Materials Storage Use**

**D**
**Ignition**

D1 | 24-Cooking area, kitchen
Area of Fire Origin

D2 | 80-Heat spread from another fire, other
Heat Source

D3 | 10-Structural component or finish, other
Item First Ignited

D4 | 27-Cooking oil, transformer or lubricating oil
Type of Material First Ignited

**E1**
**Cause of Ignition**

1 - Intentional
☐ 2 - Unintentional
3 - Failure of Equipment or Heat Source
4 - Act of Nature
5 - Cause Under Investigation
☐ U - Cause Undetermined After Investigation

**E2**
**Factors Contributing to Ignition**

| 53-Equipment unattended |

Factor Contributing to Ignition

**E3**
**Human Factors Contributing to Ignition**

Check all applicable boxes
☐ None
☐ 1 - Asleep
☐ 2 - Possibly impaired by alcohol or drugs
☐ 3 - Unattended person
☐ 4 - Possibly Mentally Disabled
☐ 5 - Physically Disabled
☐ 6 - Multiple Persons Involved
☐ 7 - Age Was A Factor

Estimated Age of Person Involved |  |
☐ Male  ☐ Female

**F1**
**Equipment Involved In Ignition**

☐ U
Equipment Involved

Brand |  |
Model |  |
Serial # |  |
Year |  |

**F2**
**Equipment Power Source**

☐ U
Equipment Power Source

**F3**
**Equipment Portability**

☐ 1 - Portable
☐ 2 - Stationary
Portable equipment normally can be moved by one or two persons.

**G**
**Fire Suppression Factors**

| H1 **Mobile Property Involved** | H2 **Mobile Property Type and Make** | **Local Use** |
|---|---|---|
| 1 - Not involved in ignition, but burned<br>2 - Involved in ignition, but did not burn<br>3 - Involved in ignition and burned<br>None | ☐ Mobile Property Type<br><br>Mobile Property Make | Pre-Fire Plan Available<br>Arson Report Attached<br>Police Report Attached<br>Coroner Report Attached<br>Other Reports Attached |
| Mobile Property Model | Year | |
| State    License Plate Number | VIN | |

# NFIRS-3 Structure Fire

| I1 Structure Type | I2 Building Status | I3 Building Height | I4 Main Floor Size |
|---|---|---|---|
| 1 - Enclosed Building<br>2 - Portable/Mobile Structure<br>3 - Open Structure<br>4 - Air-Supported Structure<br>5 - Tent<br>6 - Open Platform<br>7 - Underground Structure<br>8 - Connective Structure<br>0 - Other | 1 - Under Construction<br>2 - In Normal Use<br>3 - Idle, Not Routinely Used<br>4 - Under Major Renovation<br>5 - Vacant and Secured<br>6 - Vacant and Unsecured<br>7 - Being Demolished<br>0 - Other<br>U - Undetermined | **2**<br>Number of Stories At/Above Grade<br>**0**<br>Number of Stories Below Grade | **1400**<br>Total Square Feet<br>OR<br>____ BY ____<br>Length (ft) X Width (ft) |

## J1 Fire Origin

**1** Below Grade
Story of Fire Origin

## J2 Fire Spread

Confined to Object of Origin
2 - Confined to Room of Origin
3 - Confined to Floor of Origin
4 - Confined to Building of Origin
5 - Beyond Building of Origin

## J3 Number of Stories Damaged By Flame

| 1 | Number of Stories w/Minor Damage (1-24%) |
| | Number of Stories w/Significant Damage (25-49%) |
| | Number of Stories w/Heavy Damage (50-74%) |
| | Number of Stories w/Extreme Damage (75-100%) |

*Count the roof as part of the highest story

## K Type of Material Contributing Most to Flame Spread

K1 ☐
Item Contributing Most to Flame Spread

K2 ☐
Type of Material Contributing Most To Flame Spread

## L1 Presence of Detectors

N - None Present
1 - Present
U - Undetermined

## L2 Detector Type

1 - Smoke
2 - Heat
3 - Combination of Smoke and Heat
4 - Sprinkler, Water Flow Detection
5 - More Than One Type Present
0 - Other
U - Undetermined

## L3 Detector Power Supply

1 - Battery Only
2 - Hardwire Only
3 - Plug-In
4 - Hardwire With Battery
5 - Plug-In With Battery
6 - Mechanical
7 - Multiple Detectors & Power Supplies
0 - Other
U - Undetermined

## L4 Detector Operation

1 - Fire Too Small To Activate
2 - Operated
3 - Failed To Operate
U - Undetermined

## L5 Detector Effectiveness

1 - Alerted Occupants, Occupants Responded
2 - Alerted Occupants, Occupants Failed to Respond
3 - There Were No Occupants
4 - Failed to Alert Occupants
U - Undetermined

## L6 Detector Failure Reason

1 - Power Failure, Shutoff, or Disconnect
2 - Improper Installation or Placement
3 - Defective
4 - Lack of Maintenance, Dirty
5 - Battery Missing or Disconnected
6 - Battery Discharged or Dead
0 - Other
U - Undetermined

| M1 **Presence of Automatic Extinguishing System** | M3 **Operation of Automatic Extinguishing System** | M5 **Reason for Automatic Extinguishing System Failure** |
|---|---|---|
| N - None Present<br>1 - Present<br>2 - Partial System Present<br>U - Undetermined | 1 - Operated/Effective<br>2 - Operated/Not Effective<br>3 - Fire Too Small To Activate<br>4 - Failed To Operate<br>0 - Other<br>U - Undetermined<br>Required if fire was within designed range | 1 - System Shut Off<br>2 - Not Enough Agent Discharged<br>3 - Agent Discharged But Did Not Reach Fire<br>4 - Wrong Type of System<br>5 - Fire Not In Area Protected<br>6 - System Components Damaged<br>7 - Lack of Maintenance<br>8 - Manual Intervention<br>0 - Other<br>U - Undetermined<br>Required if system failed or not effective |
| M2 **Type of Automatic Extinguishing System**<br>1 - Wet-Pipe Sprinkler<br>2 - Dry-Pipe Sprinkler<br>3 - Other Sprinkler System<br>4 - Dry Chemical System<br>5 - Foam System<br>6 - Halogen-Type System<br>7 - Carbon Dioxide System<br>0 - Other<br>U - Undetermined<br>Required if fire was within designed range of AES | M4 **Number of Sprinkler Heads Operating**<br>[        ]<br>Required if system operated | |

# NFIRS-9 Apparatus or Resources

**A**

| 08041 | NC | 03 | 07 | 2022 | Bostian Heights Station 41 (41) | 22004078 | 0 |
|---|---|---|---|---|---|---|---|
| FDID | State | Month | Day | Year | Station | Number | Exposure |

**B**

| Apparatus/Resource | Dates/Times | | | Sent | Number of People | Apparatus Use | Actions Taken |
|---|---|---|---|---|---|---|---|
| ID: 410 Type: 92-Chief officer car | Dispatch: Arrival: Clear: | 03/07/2022 03/07/2022 03/07/2022 | 14:56 15:01 16:18 | Sent | 1 | Suppression EMS Other | 81-Incident command |
| ID: 41POV Type: 99-Privately owned vehicle | Dispatch: Arrival: Clear: | 03/07/2022 03/07/2022 03/07/2022 | 14:56 15:01 16:18 | Sent | 2 | Suppression ☐ EMS Other | |
| ID: E411 Type: 11-Engine | Dispatch: Arrival: Clear: | 03/07/2022 03/07/2022 03/07/2022 | 14:56 15:05 16:18 | Sent | 2 | Suppression EMS Other | 11-Extinguishment by fire service personnel |
| ID: E413 Type: 11-Engine | Dispatch: Arrival: Clear: | 03/07/2022 03/07/2022 03/07/2022 | 14:56 15:08 16:11 | Sent | 1 | Suppression ☐ EMS Other | |

# NFIRS-10 Personnel

**A**

| FDID | State | Month | Day | Year | Station | Number | Exposure |
|---|---|---|---|---|---|---|---|
| 08041 | NC | 03 | 07 | 2022 | Bostian Heights Station 41 (41) | 22004078 | 0 |

**B**

| Apparatus/Resource | Dates/Times | Sent | Number of People | Apparatus Use | Actions Taken |
|---|---|---|---|---|---|
| ID: 410<br>Type: 92-Chief officer car | Dispatch: 03/07/2022 14:56<br>Arrival: 03/07/2022 15:01<br>Clear: 03/07/2022 16:18 | Sent | 1 | Suppression<br>EMS<br>Other | 81-Incident command |

| Personnel ID | Name | Rank | Role | Attend | Actions Taken |
|---|---|---|---|---|---|
| 4147 | Zimmerman, Michael | Fire Chief | | | 81-Incident command |

| Apparatus/Resource | Dates/Times | Sent | Number of People | Apparatus Use | Actions Taken |
|---|---|---|---|---|---|
| ID: 41POV<br>Type: 99-Privately owned vehicle | Dispatch: 03/07/2022 14:56<br>Arrival: 03/07/2022 15:01<br>Clear: 03/07/2022 16:18 | Sent | 2 | Suppression<br>EMS<br>Other | |

| Personnel ID | Name | Rank | Role | Attend | Actions Taken |
|---|---|---|---|---|---|
| 4135 | Corriher, Jason | Captain | 5588003-Crew 3 | | 11-Extinguishment by fire service pe |
| 4124 | Washam, Spencer | Firefighter | 5588004-Crew 4 | | 11-Extinguishment by fire service pe |

| Apparatus/Resource | Dates/Times | Sent | Number of People | Apparatus Use | Actions Taken |
|---|---|---|---|---|---|
| ID: E411<br>Type: 11-Engine | Dispatch: 03/07/2022 14:56<br>Arrival: 03/07/2022 15:05<br>Clear: 03/07/2022 16:18 | Sent | 2 | Suppression<br>EMS<br>Other | 11-Extinguishment by fire service pe |

| Personnel ID | Name | Rank | Role | Attend | Actions Taken |
|---|---|---|---|---|---|
| 4149 | Haas, Charles | Captain | 5588001-Driver | | 11-Extinguishment by fire service pe |
| 4128 | Osborne, Steve | Assistant Chief | 5588002-Officer | | 11-Extinguishment by fire service pe |

| Apparatus/Resource | Dates/Times | Sent | Number of People | Apparatus Use | Actions Taken |
|---|---|---|---|---|---|
| ID: E413<br>Type: 11-Engine | Dispatch: 03/07/2022 14:56<br>Arrival: 03/07/2022 15:08<br>Clear: 03/07/2022 16:11 | Sent | 1 | Suppression<br>EMS<br>Other | |

| Personnel ID | Name | Rank | Role | Attend | Actions Taken |
|---|---|---|---|---|---|
| 5828 | Sheeks, Charles | Captain | 5588001-Driver | | 11-Extinguishment by fire service pe |