IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No.: 1:23-cv-00596

FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN, as Subrogee of
Alpha Group Investments, LLC,

      Plaintiff,

v.

RASHONDRA SMITH,

      Defendant.

## AFFIDAVIT OF SERVICE

The Undersigned certifies that:

1. A copy of the Summons and Complaint was deposited in the U.S. Post Office by mailing, Certified Mail, Return Receipt Requested.

2. A copy of the Summons and Complaint was mailed by Certified Mail to:

      Rashondra Smith
      620 Corriher Gravel Rd.
      China Grove, NC 28023

3. Process was in fact received on July 24, 2023, as evidenced by the attached document, marked Exhibit A.

This 27th day of July, 2023.

Respectfully submitted,

FALLS LAW FIRM, PLLC

_____
H. Lee Falls, III, Esq. (N.C. Bar #36183)
1712 Euclid Avenue
Charlotte, NC 28203
Phone: 704-314-4845
Fax: 704-519-2522
lfalls@fallslawfirm.com
*Counsel for Plaintiff*

Sworn to and subscribed before me
this the 27th day of June, 2023.

_____
Notary Public

My Commission Expires: 11/12/2023

(NOTARY SEAL)

BONNIE L. OPP
Notary Public, North Carolina
Mecklenburg County
My Commission Expires
November 12, 2023

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of July, 2023, I caused a copy of the foregoing AFFIDAVIT OF SERVICE to be filed electronically with the Clerk of Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users, and I hereby certify that I will mail a copy to the non-ECF participant listed below via United States Mail, postage prepaid, addressed to:

Rashondra Smith
620 Corriher Gravel Rd.
China Grove, NC 28023

By: /s/ H. Lee Falls, III
H. Lee Falls, III, Esq. (N.C. Bar #36183)
Falls Law Firm, PLLC
1712 Euclid Avenue
Charlotte, NC 28203
Phone: 704-314-4845
Fax: 704-519-2522
lfalls@fallslawfirm.com
*Counsel for Plaintiff*

3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Rashondra Smith
620 Corriher Gravel Rd.
China Grove, NC 28023

9590 9402 8107 2349 6374 00

2. Article Number *(Transfer from service label)*
7021 0950 0002 2488 4934

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☒ Addressee

B. Received by *(Printed Name)*: Rashondra Smith
C. Date of Delivery: 7-24-2023

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

# EXHIBIT A

# USPS Tracking®

FAQs >

**Tracking Number:**

## 70210950000224884934

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

### Latest Update

Your item was delivered to an individual at the address at 10:39 am on July 24, 2023 in CHINA GROVE, NC 28023.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
CHINA GROVE, NC 28023
July 24, 2023, 10:39 am

### Out for Delivery
CHINA GROVE, NC 28023
July 24, 2023, 8:55 am

### Departed USPS Regional Facility
CHARLOTTE NC DISTRIBUTION CENTER
July 23, 2023, 3:16 am

### Arrived at USPS Regional Facility
CHARLOTTE NC DISTRIBUTION CENTER
July 21, 2023, 11:14 pm

Hide Tracking History

### Text & Email Updates

**USPS Tracking Plus®**

**Product Information**

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Feedback